UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUIS JACKSON, ISADORE
GARTRELL, CARL WOLFE &
RODDY MCDOWELL,

    Plaintiffs,

v().

DISTRICT OF COLUMBIA &
ODIE WASHINGTON,

    Defendants.

Civil Action 99-03276
(HHK)

**FILED**

MAR 1 6 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Before the court is the application of Keith William BeBlasio to proceed *in forma pauperis* upon consideration of the application and the affidavit that supports it, the court concludes that the application should be granted.

Accordingly, it is, this 15th day of March 2000, hereby

**ORDERED** that the application of Keith William BeBlasio to proceed *in forma pauperis* is **GRANTED**, and it is further

**ORDERED** that Keith William BeBlasio shall be permitted to proceed without being required to prepay fees, costs, or give security therefor.

/s/ Henry Kennedy, Jr.
Henry H. Kennedy, Jr.
United States District Judge